ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 15 2020
JEANNE G. QUINATA
CLERK OF COURT

SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INIGO PHILBRICK,<br><br>Defendant. | MAGISTRATE CASE NO. 20-00059<br><br>WAIVER OF IDENTITY |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Southern District of New York where there is a warrant outstanding for his arrest.

6/15/2020
DATE

INIGO PHILBRICK
Defendant

APPROVED AS TO FORM:

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By:
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney

ORIGINAL