SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00059 |
| Plaintiff, | |
| vs. | **WARRANT OF REMOVAL** |
| INIGO PHILBRICK, | |
| Defendant. | |

TO: U.S. MARSHAL
     District of Guam

A Complaint for defendant, INIGO PHILBRICK, having been filed in the United States District Court for the Southern District of New York, Criminal Case No. 20 MAG 4507, charging him with one count of Wire Fraud in violation of 18 U.S.C. § 1343 and one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(a)(1) and a Warrant for Arrest having been issued for his arrest, and

Said INIGO PHILBRICK, having been arrested in this District on a warrant of arrest issued pursuant to the above Complaint, admitted identity, and to being held to answer in the Southern District of New York, INIGO PHILBRICK, is committed to your custody pending removal to the Southern District of New York;

You are therefore commanded to remove INIGO PHILBRICK, forthwith to the Southern District of New York and there deliver him to the United States Marshal for the District or to some other officer authorized to receive him.

IT IS SO ORDERED.



**/s/ Michael J. Bordallo**
 **U.S. Magistrate Judge**
**Dated: Jun 15, 2020**