SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>INIGO PHILBRICK,<br><br>              Defendant. | MAGISTRATE CASE NO. 20-00059<br><br>**ORDER** |

      Defendant INIGO PHILBRICK, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, INIGO PHILBRICK, is committed to the U.S. Marshals Service for the District of Guam for removal to the Southern District of New York and there deliver him to the U.S. Marshal for the Southern District of New York or to some other officer authorized to receive him.

      IT IS SO ORDERED.

                                              **/s/ Michael J. Bordallo**
                                                **U.S. Magistrate Judge**
                                                **Dated: Jun 15, 2020**